UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>  Plaintiff,<br><br>  v.<br><br>**FEDERAL ELECTION COMMISSION,**<br><br>  Defendant. | Civil Action No.  04-2145 (JDB) |

## ORDER

Upon consideration of the defendant Federal Election Commission's motion for summary judgment, the reply of plaintiff Citizens for Responsibility and Ethics in Washington, the hearing held on November 4, 2005, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 14th day of November, 2005 hereby

**ORDERED** that the motion for summary judgment is **GRANTED**, and this action is dismissed for lack of standing.


                                        /s/  John D. Bates
                                         JOHN D. BATES
                                    United States District Judge


Dated:    November 14, 2005

Copies to:

Anne L. Weismann
CITIZENS FOR RESPONSIBILITY AND ETHICS
IN WASHINGTON

-1-

11 Dupont Circle, NW
Second Floor
Washington, DC 20036
(202) 588-5565
Fax: (301) 913-9150
Email: aweismann@citizensforethics.org

Melanie Togman Sloan
CITIZEN FOR RESPONSIBLITY & ETHICS
11 Dupont Circle, NW
2nd Floor
Washington, DC 20036
(202) 588-5565
Fax: 202-588-5020
Email: msloan@citizensforethics.org

*Counsel for plaintiff*

David Brett Kolker
FEDERAL ELECTION COMMISSION
Litigation Division
999 E Street, NW
Washington, DC 20463-0002
(202) 694-1650
Fax: (202) 219-0260
Email: dkolker@fec.gov

Kai Richter
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
(202) 694-1650
Email: krichter@fec.gov

*Counsel for defendant*